MJF:BWB
F.#2008R02046

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 12 2008 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

PHILIP AURECCHIONE,
    also known as "Chooch,"
CARMINE CARINI and
ALLEN EMMONS,

              Defendants.

- - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No._____
(T. 18, U.S.C., §§
922(g)(1), 924(a)(2),
924(c)(1)(A)(i),
924(c)(1)(A)(ii),
1951(a), 2 and 3551 et
seq.)

THE GRAND JURY CHARGES:

COUNT ONE
(Hobbs Act Robbery Conspiracy)

In or about and between June 2008 and August 2008, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants PHILIP AURECCHIONE, also known as "Chooch," CARMINE CARINI and ALLEN EMMONS, together with others, did knowingly and intentionally conspire to obstruct, delay and affect commerce and the movement of articles and commodities in commerce by robbery of narcotics traffickers and gambling establishments.

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

COUNT TWO
(Unlawful Use of a Firearm)

In or about and between June 2008 and August 2008, both dates being approximate and inclusive, within the Eastern

District of New York, the defendants PHILIP AURECCHIONE, also known as "Chooch," CARMINE CARINI and ALLEN EMMONS, also known as "Allie," did knowingly and intentionally use and carry a firearm during and in relation to a crime of violence, to wit: the crime charged in Count One, and did knowingly and intentionally possess a firearm in furtherance of said crime of violence.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 2 and 3551 et seq.)

## COUNT THREE
(Unlawful Possession of a Firearm)

In or about and between June 2008 and August 2008, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants PHILIP AURECCHIONE, also known as "Chooch," CARMINE CARINI and ALLEN EMMONS, each having previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year,

did knowingly and intentionally possess in and affecting commerce firearms, to wit: two 9 millimeter semi-automatic pistols, and ammunition.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

3

**INFORMATION SHEET**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 12 2008 ★

BROOKLYN OFFICE

1. Title of Case: **United States v. Philip Aurecchione, Carmine Carini & Allen Emmons**
2. Related Magistrate Docket Number(s): 08-M-989 and 08-M-990

   None ( )

3. Arrest Date: **Carini: 11/12/08, Emmons: 11/13/08, Aurecchione: at large**
4. Nature of offense(s): ☒ Felony
   ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): US v. John Doe, 08-CR-839 (SJ)

6. Projected Length of Trial:   Less than 6 weeks   (X)
   More than 6 weeks   ( )

7. County in which crime was allegedly committed: King
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   ( ) Yes   (X) No

9. Have arrest warrants been ordered?   ( ) Yes   (X) No

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

By: _____
Berit W. Berger
Assistant U.S. Attorney
718-254-6134

Rev. 3/22/01